UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELLAROSE GRAY                                        CIVIL ACTION NO. 2:22-cv-04127-CJB-MBN

VERSUS

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case **(Rec. Doc. 33)**;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this 15th day of April, 2024.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**